1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MARK L. KROTOSKI (CSBN 138549)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5035
7      Facsmile:  (408) 535-5066

8  Attorneys for Plaintiff

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13 UNITED STATES OF AMERICA,        )   No. CR 06-00246-RMW
14         Plaintiff,                )   STIPULATION REGARDING
                                     )   EXCLUDABLE TIME AND [PROPOSED]
15     v.                            )   ORDER
                                     )
16 ALLEN SOARES,                     )
17     a/k/a beemer,                 )
                                     )
18         Defendant.                )
                                     )
19

20     It is hereby stipulated and agreed between defendant Allen Soares, and through his

21 undersigned counsel, and the United States as follows:

22     On May 12, 2006, the defendant was arraigned on a four-count indictment, charging as

23 follows: Count One: Conspiracy to Commit Criminal Copyright Infringement, Infringement By

24 Electronic Means, Infringement By Distributing A Commercial Distribution Work, and Use

25 Audiovisual Recording Devices to Make Unauthorized Copies Of Audiovisual Works, in

26 violation of 18 U.S.C. § 371; Counts Two through Four: Criminal Copyright Infringement By

27 Electronic Means and Aiding and Abetting, in violation of 17 U.S.C. § 506(a)(1)(B), 18 U.S.C.

28 § 2319(c)(1) and 18 U.S.C. § 2; and an allegation of Criminal Forfeiture and Destruction, in

STIPULATION REGARDING EXCLUDABLE TIME AND [PROPOSED] ORDER
CR 06-00246-RMW

1  violation of 17 U.S.C. §§ 506(b) and 509(a). A status conference was set for May 22, 2006 at
2  9:00 a.m. before the Honorable Ronald M. Whyte.
3      In this case, the government is providing initial discovery to the defense. A substantial
4  amount of discovery consists of digital evidence. The parties stipulate and move the Court to
5  exclude time under the Speedy Trial Act from the date of the arraignment, May 12, 2006, until
6  the next status conference on May 22, 2006, because the parties believe that the ends of justice
7  served by the granting of such a continuance outweigh the best interests of the public and the
8  defendant in a speedy trial, particularly since reasonable time is needed for the defense to
9  prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii).
10 The parties further stipulate that time may be excluded for reasonable time for defense
11 preparation, since the failure to exclude time would deny counsel for the defendant reasonable
12 time necessary for effective preparation, taking into account the exercise of due diligence,
13 pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).
14     So stipulated.
15 Dated: May 12, 2006                KEVIN V. RYAN
                                      United States Attorney
16
17
18                                    _____
                                      MARK L. KROTOSKI
                                      Assistant United States Attorney
19
20     So stipulated.
21 Dated: May 12, 2006
22                                    _____
                                      BRUCE FUNK
                                      Attorney for Defendant Allen Soares
23
24
25
26
27
28

STIPULATION REGARDING EXCLUDABLE TIME AND [PROPOSED] ORDER
CR 06-00246-RMW                    Page 2 of 3

## ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the time between May 12, 2006 and May 22, 2006 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

DATED: May 12, 2006

PATRICIA V. TRUMBULL
United States Magistrate Judge